1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | RACHEL R. DAVIDSON
Assistant United States Attorney
3 | 501 I Street Suite 10-100
Sacramento, CA 95814
4 | Rachel.R.Davidson@usdoj.gov
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

6 | Attorneys for United States Postal Service

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | RENESSA GREEN                                    Case No.

12 |              Plaintiff,              **NOTICE OF REMOVAL OF CIVIL ACTION**

13 |        v.

14 | UNITED STATES POSTAL SERVICE, *et al.,*

15 |              Defendant.

16

17 |                          __NOTICE OF REMOVAL__

18 |        PLEASE TAKE NOTICE that the above-captioned action is hereby removed from the Superior

19 | Court of the State of California, County of Solano, to this Court.  The grounds for removal are as follows:

20 |        1.      Plaintiff sued the United States Postal Service in a civil action pending in the Superior Court

21 | of California, Solano County, entitled *Renessa Green v. United States Postal Service, et al.*,

22 | Case No. FCS056111.  A copy of the Complaint is attached as **Exhibit A.**

23 |        2.      The above-captioned action must be removed to this Court pursuant to 28 U.S.C.

24 | § 1442(a)(1) because the United States Postal Service is a federal agency.

25 |        3.      Service was effected upon the United States Postal Office, if at all, no more than 30 days

26 | prior to the filing of this Notice, and removal is therefore timely.

27 |        4.      No bond is required pursuant to 28 U.S.C. § 2408.

28 |        WHEREFORE, the above-captioned action pending in the Superior Court of the State of California,

Notice of Removal of Civil Action [USDC]                    1

County of Solano, *Renessa Green v. United States Postal Service*, Case No. FCS056111, is hereby removed to the United States District Court for the Eastern District of California.

PHILLIP A. TALBERT
Acting United States Attorney

Date:  June 29, 2021          */s/ Rachel R. Davidson*
RACHEL R. DAVIDSON
Assistant United States Attorney
Attorneys for United States Postal Service

1

## CERTIFICATE OF SERVICE

2     The undersigned hereby certifies that she is an employee in the office of the United States

3 Attorney for the Eastern District of California and is a person of such age and discretion as to be

4 competent to serve papers.

5     That on June 29, 2021 she served a copy of:

6                    **NOTICE OF REMOVAL OF CIVIL ACTION**

7 by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which

8 are the last known address(es), and deposited said envelope(s) in the United States mail in Sacramento,

9 California.

10 **ADDRESSEE(S):**

11 Daniel Azizi, Esq.
   DOWNTOWN LA LAW GROUP
12 601 N. Vermont Avenue
   Los Angeles, CA  90004

13

14

15                                         */s/ Kimberly Siegfried*
                                          KIMBERLY SIEGFRIED
16

17

18

19

20

21

22

23

24

25

26

27

28