# Exhibit A

RECEIVED
JUN 1 1 2021
U.S. Attorney's Office
Civil Dockets

NoRecord

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** UNITED STATES POSTAL SERVICE, a public
*(AVISO AL DEMANDADO):* entity; CITY OF VALLEJO, a public entity;
SOLANO COUNTY, a public entity; and Does 1 to 50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:** RENESSA GREEN, an individual.
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Solano
580 Texas Street
Fairfield, California 94533

**CASE NUMBER:** *(Número del Caso):* FCS 056111

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Daniel Azizi, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DOWNTOWN LA LAW GROUP
601 N. Vermont Ave., Los Angeles, CA 90004
(213) 389-3765

**DATE:** FEB 25 2021   **Clerk, by** R. PULIDO, **Deputy**
*(Fecha)*                *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Azizi, Esq.  SBN: 268995<br>DOWNTOWN LA LAW GROUP<br>601 N. Vermont Ave.<br>Los Angeles, CA 90004<br>TELEPHONE NO: (213) 389-3765   FAX NO. (Optional): (877) 389-2775<br>E-MAIL ADDRESS (Optional): Daniel@downtownlalaw.com<br>ATTORNEY FOR (Name): RENESSA GREEN | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 580 Texas Street
MAILING ADDRESS: 580 Texas Street
CITY AND ZIP CODE: Fairfield, CA 94533
BRANCH NAME: Old Solano Courthouse

PLAINTIFF: RENESSA GREEN, an individual.

DEFENDANT: UNITED STATES POSTAL SERVICE, a public entity; CITY OF VALLEJO, a public entity; SOLANO COUNTY, a public entity; and Does 1 to 50, inclusive.
☐ DOES 1 TO _____

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE   ☒ OTHER (specify): Premises Liability
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

FILED/ENDORSED
Clerk of the Superior Court
FEB 25 2021
By_____ R. PULIDO
DEPUTY CLERK

CASE NUMBER:
FCS 056111

ASSIGNED TO
JUDGE ALESIA JONES
FOR ALL PURPOSES

File By Fax

1. Plaintiff (name or names): RENESSA GREEN, an individual.
   alleges causes of action against defendant (name or names): UNITED STATES POSTAL SERVICE, a public entity; CITY OF VALLEJO, a public entity; SOLANO COUNTY, a public entity; and Does 1 to 50, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-PI-001

| SHORT TITLE: RENESSA GREEN vs. UNITED STATES POSTAL SERVICE, et. al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* USPS
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☒ a public entity *(describe):*
          public entity
      (5) ☐ other *(specify):*

   c. ☒ except defendant *(name):* SOLANO COUNTY
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☒ a public entity *(describe):*
          public entity
      (5) ☐ other *(specify):*

   b. ☒ except defendant *(name):* CITY OF VALLEJO
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☒ a public entity *(describe):*
          public entity
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1 to 50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*


9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: RENESSA GREEN vs. UNITED STATES POSTAL SERVICE, et. al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify)*: Prejudgment interest and interest on damages including but not limited to under Civil Code Sections 3287, 3288, 3291 and/or as allowed by law, common law or otherwise. Other damages, including loss of profits and special damages, unknown at this time which Plaintiff will prove at time of trial.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 2/16/21

Daniel Azizi, Esq.
(TYPE OR PRINT NAME)                                    ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

| | | PLD-PI-001(4) |
|---|---|---|
| SHORT TITLE: RENESSA GREEN vs. UNITED STATES POSTAL SERVICE, et. al. | CASE NUMBER: | |

___FIRST___ CAUSE OF ACTION—Premises Liability    Page __4__
(number)

ATTACHMENT TO   [X] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* RENESSA GREEN, an individual.
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* or about April 15, 2020     plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):* SEE ATTACHMENT PAGE

Prem.L-2.   [ ] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*

[ ] Does _____ to _____

Prem.L-3.   [ ] **Count Two—Willful Failure to Warn [Civil Code section 846]** The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [X] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):* UNITED STATES POSTAL SERVICE, a public entity; CITY OF VALLEJO, a public entity; SOLANO COUNTY, a public entity; and Does 1 to 50, inclusive.
[X] Does __1__ to __50__
a. [X] The defendant public entity had [X] actual [X] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [X] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does _____ to _____
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

| | MC-025 |
|---|---|
| SHORT TITLE: RENESSA GREEN vs. UNITED STATES POSTAL SERVICE, et. al. | CASE NUMBER: |

ATTACHMENT (Number): _____

*(This Attachment may be used with any Judicial Council form.)*

CAUSE OF ACTION - Premises Liability
ATTACHMENT PAGE

Defendants negligently, recklessly and/or wantonly owned, maintained, managed, operated, controlled and safeguarded the premises at or near 2635 Napa St., Vallejo, CA 94590, such that carpet and/or rug was unmarked and allowed to exist and be left in disrepair. Defendants failed to barricade the area and/or to warn of the dangerous condition, rending the area of said premises dangerous and resulting in serious bodily injury to the Plaintiff in the following manner: Plaintiff was exiting the subject premises when she stepped on and/or tripped on carpet and/or rug, causing her to fall and thereby causing Plaintiff to endure severe injury and pain. The actions of the Defendants and/or it's employees were below the standard of care and was the cause of Plaintiff's injuries.

This claim is brought pursuant to Government Code Section 835 and 815.2.

Defendants, UNITED STATES POSTAL SERVICE, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about September 28, 2020 and has not been rejected by an agent for Defendant UNITED STATES POSTAL SERVICE.

Defendants, CITY OF VALLEJO, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about September 28, 2020 and was rejected on October 14, 2020.

Defendants, SOLANO COUNTY, and DOES 1 through 50, were served with a claim for damages pursuant to Government Code Section 911.2 on or about September 28, 2020 and has not been rejected by an agent for Defendant SOLANO COUNTY.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

Daniel Azizi, Esq.; State Bar No. 268995
Sarah Anastasi, Esq.; State Bar No. 322091
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Telephone: (213)389-3765
Facsimile (877)389-2775
Email: Sarah@downtownlalaw.com

Attorneys for Plaintiff,
RENESSA GREEN

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF SOLANO

| | |
|---|---|
| RENESSA GREEN, an individual, | Case No.: FCS056111 |
| Plaintiff, | |
| v. | **STATEMENT OF DAMAGES** |
| UNITED STATES POSTAL SERVICE, a public entity; CITY OF VALLEJO, a public entity; SOLANO COUNTY, a public entity; and DOES 1-50, inclusive, | |
| Defendant. | |

    Plaintiff, RENESSA GREEN, hereby provides to Defendants the following Statement of Damages:

    1. General Damages:    In excess of    $1,000,000.00

    2. Special Damages:    In excess of    $1,000,000.00

    Plaintiff reserves the right to amend this Statement of Damages at a later time, as Discovery develops.

1

**STATEMENT OF DAMAGES**

| | |
|---|---|
| Dated: June 8, 2021 | DOWNTOWN L.A. LAW GROUP |
| | */s/ Danny Azizi* |
| | Daniel Azizi, Esq.<br>Sarah Anastasi, Esq.<br>Attorneys for Plaintiff<br>RENESSA GREEN |



stamps endicia
062S0012913542

$5.20   US POSTAGE
FIRST-CLASS
Jun 09 2021
Mailed from ZIP 90004
4 oz First-Class Mail Flats Rate

11923275

USPS CERTIFIED MAIL

9407 1118 9876 5802 0190 57

United States Attorneys Office Federal Building
Civil Process Clerk
300 N LOS ANGELES ST STE 7516
LOS ANGELES CA 90012-3341

Downtown LA Law Group
601 N VERMONT AVE
LOS ANGELES CA 90004-2174

Certified Mail-Renesaa Green S and C